**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

July 28, 2010

Stanley E. Marcus, Esq.
Stanley Marcus Law Offices
50 Park Place, 11th Floor
Newark, NJ 07102

Richard D. Millet, Esq.
Richard D. Millet & Associates, LLC
1065 Route 22 West
Suite 1A
Bridgewater, NJ 08807

<u>**LETTER ORDER**</u>

Re:  <u>Frazier v. Wal-Mart Stores, Inc.</u>
<u>Civil Action No. 10-1172 (SDW)</u>

Dear Counsel:

I have been reassigned case management responsibilities in the above case.

A telephone conference is scheduled for **<u>Thursday, September 2, 2010 at 11:00 a.m.</u>** One week prior to the conference, each party is to deliver to the court a letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. Trial counsel shall participate in the conference. Plaintiff's counsel shall initiate the telephone conference.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:  Clerk
   Hon. Susan D. Wienton, U.S.D.J.
   File